IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BILLY JOHN ROBERSON, #1385227, )<br>    Plaintiff,    )<br>           )<br>v.              )<br>           )<br>DALLAS COUNTY JAIL, et al., )<br>    Defendants.   )  | 3:06-CV-1859-K<br>ECF |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections on March 21, 2007, and even though the objections did not contain a signature of the Plaintiff, the District Court has considered the objections and made a *de novo* review of those portions of the findings and recommendation to which objection was made. The Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's objections are **OVERRULED.**

  SO ORDERED.

Signed this 22nd day of March, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE